■ REECE CRANE AND RIGGING, INC., Respondent, v TRI-KRETE LIMITED, Appellant. [718 NYS2d 912] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Marks, J. (Appeal from Judgment of Supreme Court, Ontario County, Marks, J.—Summary Judgment.) Present—Green, J. P., Hayes, Hurlbutt, Kehoe and Balio, JJ.